Michelle JONES, Plaintiff–Appellant,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a subsidiary of Cigna corporation, Defendant–Appellee.

No. 09–13479.

United States Court of Appeals, Eleventh Circuit.

July 30, 2010.

Erik W. Scharf, Erik W. Scharf, P.A., Coconut Creek, FL, Carrie J. Feit, Carrie J. Feit P.A., for Plaintiff–Appellant.

Sherril M. Colombo, Wilson Elser Moskowitz Edelman & Dicker, LLP, Miami, FL, for Defendant–Appellee.

Before BLACK, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Michelle Jones appeals the denial and termination of long-term disability benefits by Connecticut General Life Insurance Company ("CIGNA"). In granting CIGNA's motion for summary judgment, the district judge, adopting the magistrate judge's report and recommendation, found that the denial of long-term disability benefits was not arbitrary and capricious. The district court concluded that CIGNA did not ignore any of the medical evidence presented by Jones in her original claim or

deportation orders to be equitably tolled on account of ineffective assistance of counsel.

in her subsequent appeals to CIGNA. Further, the district court found that the basis for CIGNA's decision to deny long-term disability benefits was not arbitrary and capricious.

We have carefully reviewed the briefs and the record, and after *de novo* review, which included the benefit of oral argument, we find that the district court properly granted summary judgment to CIGNA. We therefore affirm the judgment of the district court.

AFFIRMED.